# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

**FILED**
FEB 22 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

February 18, 2011

**RECEIVED**
FEB 22 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-61368          Diana R. Oduwa

To Whom It May Concern:

Enclosed please find check #922362 in the amount of $1,271.66. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.        63

Account#         4046910010537130

Creditor         GE Capital Commercial Direct
                 6540 Powers Ferry Road, Suite 100
                 Atlanta, GA 30339

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

Unclaimed Rec # 6110015 8